**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anita Butler a/k/a Anita Singleton          CHAPTER 13
                   Debtor(s)

                                       BKY. NO. 23-13655 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Mark A. Cronin**
                                      Mark Cronin
                                      26 Jan 2024, 10:01:31, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322